IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-631 |
| | ) | |
| ISAAC PORRAS, | ) | Court Date: November 3rd, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2575876)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 23rd, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ISAAC PORRAS, did unlawfully drive and operate a motor vehicle while their driver's license was revoked and suspended.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301.

Respectfully submitted,

Lindsey Halligan
United States Attorney

By:　　　　　／s／
　　　　Cain Crouse
　　　　Special Assistant United States Attorney
　　　　United States Attorney's Office
　　　　Eastern District of Virginia
　　　　2100 Jamieson Avenue
　　　　Alexandria, VA 22314
　　　　Phone: 703-299-3896
　　　　Fax: 703-299-3980
　　　　Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on October 29, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov